M/V TEMARA IMO: 9333929
AND/OR OWNERS/CHARTERERS



Copenship Bulkers A/S
Håbets Allé 26B
DK-2700 Brønshøj
Denmark

| | |
|---|---|
| **DATE OF INVOICE :** | **09. October 2014** |
| **INVOICE NO :** | **188-14817** |
| ORDER NO. : | 188-14598 |
| ACCOUNT NO : | 25705 |
| OUR REF : | Kamille Bollerup |
| DATE OF SUPPLY : | 09. October 2014 |
| DUE DATE : | 08. November 2014 |

PORT: PANAMA
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 395,346 MT | Fueloil 380-CST 3,5% | 536,00 MT | 211.905,46 |
| 1,000 LPS | Barging | 7.500,00 LPS | 7.500,00 |
| 1,000 LPS | Surcharge | 750,00 LPS | 750,00 |
| 2.559,072 BBL | Pipelinefee | 0,50 BBL | 1.279,54 |
| 2.559,072 BBL | Pollution fee | 0,05 BBL | 127,95 |
| 1,000 LPS | Overtime | 250,00 LPS | 250,00 |

| | | |
|---|---|---|
| Net Amount | USD | 221.812,95 |
| VAT Amount | USD | 0,00 |
| Total | USD | 221.812,95 |

Your VAT No. :
Our VAT No. : DK66 44 17 17

| Taxable Amount DK | 0% VAT Amount DKK | Amount incl. VAT DKK | Rate of exchange DKK |
|---|---|---|---|
| 1.293.633,98 | 0,00 | 1.293.633,98 | 5,832094 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT:** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

All O.W. BUNKER & TRADING A/S's rights under this invoice and the supply contract between us (the Supply Contract) have been assigned in favour of ING Bank N.V. pursuant to a security agreement dated 19th December 2013. You are authorised and instructed without further obligation to O.W. BUNKER & TRADING A/S to pay all amounts payable under this invoice to the following account with ING Bank N.V.:

**BANK:** ING Bank N.V.

**O.W. BUNKER & TRADING A/S**
Stigsborgvej 60
DK-9400 Nørresundby

**ACCOUNT:** IBAN: NL39 INGB 0020 0835 56   USD and all other currencies
IBAN: NL16 INGB 0650 1751 15   EUR
SWIFT: INGBNL2A

Any amendment to these payment instructions may not be made without the express written consent of ING Bank N.V.

Per telegraphic transfer directly to our account without deduction of bank charges which are for buyers account.

Phone: + 45 98 12 72 77
Fax:   + 45 98 16 72 77
E-mail: owbunker@owbunker.dk
Internet: http:www.owbunker.com

CVR: DK66441717
EU VAT No: DK66441717